JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD SZABO,<br><br>   Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. CV 18-00572-DSF (JDE)<br><br>JUDGMENT |

 Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 4, 2019

             /s/ Dale S. Fischer
             Honorable Dale S. Fischer
             UNITED STATES DISTRICT JUDGE